UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSE BENITEZ, ET AL., <br><br> PLAINTIFFS <br><br> v. <br><br> SABATINO'S ARLINGTON LLC d/b/a <br> SABATINO'S ITALIAN KITCHEN, ET AL., <br><br> DEFENDANTS. | CIVIL ACTION NO. _____ <br><br> [On removal from Superior Court of <br> Middlesex County, Massachusetts, <br> C.A. No. 1781CV00060] |

## NOTICE OF REMOVAL

**TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS**:

Pursuant to 28 U.S.C. §§ 1331 and 1446, Defendants Sabatino's Arlington LLC d/b/a Sabatino's Italian Kitchen, Sabatino's Brighton LLC d/b/a Sabatino's Italian Kitchen, Sabatino's Quincy LLC d/b/a Sabatino's Italian Kitchen, Rima El Joundi, and Zaher Hammoud[1] hereby give notice of the removal to this Court of the civil action Jose Benitez, et al. v. Sabatino's Arlington LLC d/b/a Sabatino's Italian Kitchen, MICV 1781-00060, from the Superior Court of Middlesex County, Massachusetts, to the United States District Court for the District of Massachusetts. In support of this Notice of Removal, and in accordance with 28 U.S.C. § 1446(a), Defendants attach as Exhibit 1 a copy of all process and pleadings served upon Defendants (*i.e.*, a Civil Action Cover Sheet, the Tracking Order, the original Complaint and Jury Demand, and an Amended Complaint and Jury Demand) as well as the acceptance of service. Defendants further state as follows:

---

[1] Note that the name of one of the individual Plaintiffs (Zaher Hammoud) is misspelled in the caption though spelled properly in the allegations.

1.	The Amended Complaint in the state court action was served on Defendants via regular mail dated February 23, 2017.  This Notice of Removal is, therefore, being timely filed within thirty days of notice of the action as required under 28 U.S.C. § 1446(b).

2.	In Count I of the Amended Complaint, Plaintiffs allege that Defendants violated federal law, specifically 29 U.S.C. § 207, the Fair Labor Standards Act.

3.	Defendants are entitled to remove Plaintiffs' action to this Court pursuant to 28 U.S.C. § 1446 because this Court has original jurisdiction over this matter under the provisions of 28 U.S.C. § 1331 (establishing federal question jurisdiction).

4.	Because this case was initially filed in the Superior Court of Middlesex County, the Eastern Division of the United States for the District of Massachusetts is the proper Court to which removal should be effected, as required for removal under 28 U.S.C. §§ 1441(a) and 1446(a).

5.	Copies of this Notice of Removal are being served on Plaintiffs' counsel and filed with the Clerk of Court of the Middlesex Superior Court, Commonwealth of Massachusetts, in satisfaction of 28 U.S.C. § 1446(d).

WHEREFORE, Defendants respectfully request that this action, now pending in the Middlesex Superior Court, Commonwealth of Massachusetts, be removed to the United States District Court for the District of Massachusetts, Eastern Division.

DEFENDANTS SABATINO'S ARLINGTON LLC d/b/a SABATINO'S ITALIAN KITCHEN; SABATINO'S BRIGHTON LLC d/b/a SABATINO'S ITALIAN KITCHEN; SABATINO'S QUINCY LLC d/b/a SABATINO'S ITALIAN KITCHEN, RIMA EL JOUNDI, AND ZAHER HAMMOUD,
By their attorneys,

/s/ Andrea C. Kramer
Andrea C. Kramer (BBO# 632584)
andrea@kramerfrohlich.com
Julie A. Frohlich (BBO# 554707)
julie@kramerfrohlich.com
Kramer Frohlich LLC
280 Summer Street, 5th Floor
Boston, MA 02210
(617) 780-1685

March 23, 2017

CERTIFICATE OF SERVICE

I hereby certify that a true copy of this Notice of Removal was served by regular mail on Plaintiffs' counsel, John W. Davis and Emily J. Boney, Davis & Davis, P.C. 350 Park Street, Park Place South, Ste. 105, North Reading, MA 01864, on March 23, 2017.

/s/ Andrea C. Kramer
Andrea C. Kramer